**2011–0635. State v. Brock.**
Hancock App. No. 5–10–26. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2011–0656. State v. Frazier.**
Stark App. No. 2010 CA 00042, 2011-Ohio-434. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and CUPP, JJ., dissent.

**2011–0657. State v. Phillips.**
Cuyahoga App. No. 94881, 2011-Ohio-475. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and CUPP, JJ., dissent.

**2011–0659. State v. Westbrook.**
Scioto App. No. 09CA3277, 2010-Ohio-2692. On motion for leave to file delayed appeal. Motion denied.
O'CONNOR, C.J., and PFEIFER and CUPP, JJ., dissent.

**2011–0660. State v. Irwin.**
Mahoning App. No. 09 MA 137, 2011-Ohio-999. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, C.J., dissents.

**2011–0661. Deutsche Bank Natl. Trust Co. v. Richardson.**
Darke App. No. 2010–CA–3, 2011-Ohio-1123. On motion for stay of court of appeals' judgment. Motion denied.
CUPP, J., dissents.

**2011–0677. State v. Garrett.**
Stark App. No. 2010 CA 00210, 2011-Ohio-691. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, LUNDBERG STRATTON, and CUPP, JJ., dissent.

**2011–0678. State v. Holmes.**
Licking App. No. 11–CA–0011. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, O'DONNELL, and CUPP, JJ., dissent.

**2011–0685. State v. Davis.**
Montgomery App. No. 23858, 2011-Ohio-1280. On motion for stay of court of appeals' judgment. Motion denied.
LUNDBERG STRATTON, O'DONNELL, and LANZINGER, JJ., dissent.

**2011–0692. State v. Rarden.**
Butler App. No. CA2010–04–095. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, C.J., and LANZINGER and McGEE BROWN, JJ., dissent.

**2011–0701. State v. Miller.**
Portage App. No. 2009–P–0090, 2011-Ohio-1161. On motion for stay of court of appeals' judgment. Motion denied.
CUPP and McGEE BROWN, JJ., dissent.

**2011–0707. State v. DeMastry.**
Fairfield App. No. 10–CA–13, 2011-Ohio-1320. On motion for stay of court of appeals' judgment and trial court sentence. Motion denied.

**2011–0717. State v. Ward.**
Seneca App. No. 13–10–11, 2011-Ohio-254. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and CUPP, JJ., dissent.